## GARFIELD, SECRETARY OF THE INTERIOR, *v.* UNITED STATES *ex rel.* ALLISON.

ERROR TO THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

Nos. 249, 250.   Argued October 15, 18, 1908.—Decided November 30, 1908.

Decided on the authority of *Garfield* v. *Goldsby, ante,* p. 249.

THE facts are practically the same as those stated in th opinion of the preceding case.

*The Attorney General* and *Mr. Assistant Attorney General Fowler,* with whom *Mr. William R. Harr* was on the brief, for plaintiff in error.

*Mr. Charles H. Merillat,* with whom *Mr. Charles J. Kappler* and *Mr. James K. Jones* were on the brief, for defendant in error.

MR. JUSTICE DAY delivered the opinion of the court.

These cases were argued and submitted with the *Goldsby Case,* No. 248, just decided. In the case of George A. Allison, a patent had been issued for his lands and duly recorded. In the case of Ida Allison, an allotment certificate had been issued.

The relators are Cherokees, but the legislation herein involved is not different from that governing allotments to members of the Chickasaw Nation.

The Allisons made application to the commission for admission to citizenship under the act of June 10, 1896. Their applications were denied and no appeal taken. Afterwards a decision by the commission, granting the application of the Allisons for enrollment as citizens by blood, was affirmed by the Department of the Interior as of April 16, 1904. Their names were summarily stricken from the rolls by the department's order of March 4, 1907. The cases are controlled by the decision in *Goldsby's Case.*

*Judgments affirmed.*